

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JIMMIE MCDOUGLE,<br>    Petitioner | CIVIL ACTION<br>SECTION "P"<br>1:10-CV-01310 |
| VERSUS | |
| WARDEN, USP-POLLOCK,<br>    Respondent | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that McDougle's Section 2241 habeas petition is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 20th day of October, 2011.

JAMES T. ~~DEE D. DRELL~~ TRIMBLE, JR
UNITED STATES DISTRICT JUDGE